# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RICHARD CLEMONS,

        Plaintiff,

-vs-

ANTHONY GAINES, MARK
YOUNG, JOHN DOE, and
THOMAS BIRKETT,

        Defendants.
_____/

CASE NO. 07-CV-12863

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

VIRGINIA M. MORGAN
UNITED STATES MAGISTRATE JUDGE

## ORDER
## (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND (2) GRANTING DEFENDANTS' MOTIONS TO DISMISS

Before the Court is the Magistrate Judge's November 21, 2007 Report and Recommendation granting Defendants' Motions to Dismiss. Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

    (1)    **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. No. 14); and

    (2)    **GRANTS** Defendants' Motions to Dismiss. (Doc. Nos. 5 & 7).

**SO ORDERED.**

                              s/Paul D. Borman
                              PAUL D. BORMAN
                              UNITED STATES DISTRICT JUDGE

Dated: December 19, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 19, 2007.

                                            s/Denise Goodine
                                            Case Manager